## ROBERT SMART *versus* JEREMIAH MOORS

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion to assign errors, or judgment, granted *p. 482. *Journal 4:* (2) Judgment reversed MS p. 56.
PAPERS IN FILE: (1) Petition and affidavit for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error; (5) precipe for execution; (6) writ of execution for costs.
*1824–36 Calendar,* MS p. 22. Recorded in *Book C,* MS pp. 20–23.

## PRESIDENT, DIRECTORS AND COMPANY OF THE BANK OF MICHIGAN *versus* ALEXANDER MACOMB

JOURNAL ENTRIES (1824–28): *Journal 3:* (1) Defendant called, default *p. 482; (2) auditors appointed *p. 483. *Journal 4:* (3) Default ordered recorded MS p. 35; (4) powers of auditors extended MS p. 44; (5) defendant called, powers of auditors extended MS p. 95; (6) time for auditors' report extended, continued MS p. 136; (7) continued MS p. 185; (8) motion for judgment on auditors' report MS p. 202; (9) judgment MS p. 206.
PAPERS IN FILE: (1) Precipe for attachment; (2) affidavit for attachment; (3) writ of attachment and return; (4) sheriff's bill of fees; (5) attachment bond; (6) stipulation; (7) words used in calling defendant to appear; (8) proof of publication of notice of attachment; (9) motion to extend time for auditors' report; (10) transcript of journal entries, oaths of auditors; (11) proof of publication of time of hearing; (12) report of auditors; (13) motion for order of sale.
*1824–36 Calendar,* MS p. 18.